JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL URIAS, | No. CV 17-07688-R (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Petition, IT IS ADJUDGED that the Petition is denied and this action is summarily dismissed with prejudice.

Dated: January 8, 2018

_____
MANUEL L. REAL
United States District Judge